proper papers showing in detail the size of the record, the cost of printing and defendants' financial condition. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion by appellants, Henry Kaufman, Saul Schatten, Fanny Kalmanowitz and Schatten Equities, Inc., to dispense with printing denied, without costs, with leave, however, to renew upon proper papers showing in detail the size of the record, and the cost of printing and defendants' financial condition. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS GOLDBERG.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MONTGOMERY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ AMHERST FACTORS, INC. v. LABORATORY FURNITURE CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FIRST TERRACE GARDENS, INC. v. UNITED MUTUAL FIRE INSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ S. J. ZACKS v. HARRY HARRIS.— Motion for stay granted, on condition that the appeal is argued or submitted when reached during the April 1959 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ VINCENT KOZLOWSKI v. PENNSYLVANIA RAILROAD COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Property for Throgs Neck Expressway.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ROBERT F. SHEPPARD v. COOPERS' INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ OTTO L. EGLOFF v. MANUFACTURERS TRUST COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of SAMUEL BRAUSE et al., against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al.— Motion to dismiss appeal of intervening objectants Teachers Insurance and Annuity Association of America and Central Third Corporation denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of SAMUEL BRAUSE et al., against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al.— Motion to dismiss appeal of respondents-appellants, Board of Standards and Appeals, and intervening objectant, Borough Superintendent of Manhattan, denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JEAN B. POCHNA v. JOHN P. POCHNA.— Motion granted to the extent of staying all further proceedings in this action pending the hearing and determination of the issues raised by defendant's motion pursuant to section 237-a of the Civil Practice Act, on condition that the parties consent to an immediate hearing on said issues before the court at Special Term, in which